EXHIBIT "A"

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff in the foregoing action.

Date: 7/17/2019

Khina M. Mishra